DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JINLING INTERNATIONAL TRADING, INC.** and **ZHI LIN,**
Appellants,

v.

**JESSE CHEN PAN** and **WENQIN CHEN,**
Appellees.

No. 4D21-1588

[January 20, 2022]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carol-Lisa Phillips, Judge; L.T. Case No. 20-8622 CACE (25).

Jianyin Liu of The Law Offices of James Liu, LLC, Palmetto Bay, for appellants.

Benjamin Sunshine and Yueh-Mei Kim Nutter of Brinkley Morgan, Fort Lauderdale, for appellees.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, CIKLIN and KLINGENSMITH, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***